USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-30-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Victoria Jennings,

                                  Plaintiff(s),          12 Civ. 5642 (PKC)

      -against-

                                                          ORDER OF DISMISSAL

Mid-Atlantic Waterproofing of New York, Inc.,

                                Defendant(s).
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S. District Judge:

        The Court having been advised that all claims asserted herein have been settled, it is

        **ORDERED,** that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five (45) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated.

                                                        _____
                                                           P. Kevin Castel
                                                           United States District Judge

Dated:   New York, New York
             April 30, 2013